IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Christopher Perkins, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv791 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Patricia M. Clancy, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 16, 2011 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 31, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, the motions to dismiss by defendants Jindal and ASAJ (Doc. 4), Clancy (Doc. 9) and Strickland and Cordray (Doc. 12) are **GRANTED.**

The complaint against all defendants is **DISMISSED** with prejudice.

IT IS SO ORDERED.

                                                                                         ___s/Susan J. Dlott_____
                                                                                         Chief Judge Susan J. Dlott
                                                                                         United States District Court